IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 6:21-CV-03416-DCC |
| | ) |
| LUXOR SCIENTIFIC, LLC AND DAVID LIST, | ) |
| | ) |
| Defendants. | ) |

**ACKNOWLEDGMENT OF FILING**
**OF NOTICE TO STATE COURT OF REMOVAL**

COMES NOW Defendant, Luxor Scientific, LLC, and submits the attached Notice of Electronic Filing from the Clerk of Court for the Court of Common Pleas, Greenville County, South Carolina, acknowledging the filing of Defendant's Notice to State Court of Removal of the above-referenced case to this Court.

Respectfully submitted,

s/ *Wm. Robert Gignilliat, IV*
Wm. Robert Gignilliat, IV (Fed. I.D. No. 12129)
Email: rob.gignilliat@jacksonlewis.com
Laura A. Ahrens (Fed. I.D. No. 13396)
Email: laura.ahrens@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

***ATTORNEYS FOR DEFENDANT LUXOR SCIENTIFIC, LLC***

Dated: October 21, 2021

4850-7707-4431, v. 1