AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Jane Doe | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:21-cv-03416-DCC |
| Luxor Scientific LLC and David List | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luxor Scientific LLC                                    .

Date:     11/02/2021

s/Adam C. Bach
*Attorney's signature*

Adam C. Bach (#9877)
*Printed name and bar number*

1306 South Church Street Greenville, SC 29605
*Address*

abach@etblawfirm.com
*E-mail address*

(864) 236-5013
*Telephone number*

(864) 312-4191
*FAX number*