IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

|  |  |  |
|---|---|---|
| Jane Doe, | ) | Civil Action No. **6:21-cv-3416-DCC-KFM** |
| Plaintiff, | ) |  |
|  | ) | **AMENDED CONFERENCE** |
| v. | ) | **AND SCHEDULING ORDER** |
|  | ) |  |
| Luxor Scientific, LLC and David List, | ) |  |
| Defendants. | ) |  |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court hereby establishes the following schedule for this case. This Scheduling Order is entered to administer the trial of this case in a manner consistent with the Federal Rules of Civil Procedure's goal of securing "the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) was held on **November 15, 2021**.[1]

2. Rule 26(a)(1) Initial Disclosures: The parties have stipulated to waive initial disclosures under Fed. R. Civ. P. 26(a)(1).

3. Rule 16 Pretrial Conference: The Court originally scheduled a Rule 16 conference for Monday, December 6, 2021 but thereafter cancelled the conference. (ECF No. 16.)

4. Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed by **April 10, 2022**.

5. Expert Disclosures:

    A. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **May 3, 2022**.

    B. Defendant(s) shall file and serve a document identifying by full name, address,

---

[1] Plaintiff's counsel shall initiate scheduling of the Fed. R. Civ. P. 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances.

and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **June 2, 2022**.

6. Records Custodians: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **June 22, 2022**. Objections to such affidavits must be made within 14 days after the service of the disclosures. *See* Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3) (D.S.C.).

7. Discovery: Discovery shall be completed no later than **July 25, 2022**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.), and have had a telephone conference with Magistrate Judge McDonald in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to mcdonald_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

8. Motions: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **August 15, 2022**.

9. Mediation: Mediation shall be completed in this case on or before **August 8, 2022**. *See* Judge Coggins' Standing Mediation Order (setting forth mediation requirements).

10. Pretrial Disclosures: No later than **September 29, 2022** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

11. Motions in Limine: Motions in limine must be filed no later than **September 20, 2022**. Written responses are due 7 days after the motion is filed.

12. Pretrial Briefs and Exhibits: Parties shall furnish the Court pretrial briefs 7 days prior to the date set for jury selection.[2] Local Civil Rule 26.05 (D.S.C.). Attorneys shall meet at

---

[2] The pretrial brief information found in Local Civil Rule 26.05(A)–(M) (D.S.C.) shall be submitted only to the Judge's chambers. However, pretrial brief information contained in Local Civil Rule 26.05(N)–(O) (D.S.C.) shall be served on opposing parties.

  least 7 days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  *See* Local Civil Rule 26.07 (D.S.C.).

13. <u>Jury Selection and Trial</u>: This case is subject to being called for jury selection and/or trial on or after **October 20, 2022**.

  The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material.  The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

  IT IS SO ORDERED.

s/Kevin F. McDonald<br>
United States Magistrate Judge

December 16, 2021  
Greenville, South Carolina