**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| **Jane Doe,** | ) |
| | ) |
| Plaintiff, | ) C.A. No. 6:21-cv-03416-DCC-KFM |
| v. | ) |
| | ) **JOINT STIPULATION OF DISMISSAL** |
| **Luxor Scientific, LLC and David List,** | ) **WITH PREJUDICE** |
| | ) |
| Defendants. | ) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice.

Dated this 18th day of February, 2022.

s/ Brian P. Murphy
Brian P. Murphy (No. 6405)
Stephenson & Murphy, LLC
207 Whitsett St.
Greenville, SC  29601
Phone:  (864) 370-9400
brian@stephensonmurphy.com

Attorney for Plaintiff

s/ Wm. Robert Gignilliat, IV
Wm. Robert Gignilliat, IV (Fed.ID: 12129)
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: (864)232-7000
rob.gignilliat@jacksonlewis.com

Attorney for Defendant Luxor Scientific

s/ Jeffrey A. Lehrer
Jeffrey A. Lehrer (Fed. ID: 7677)
Ford & Harrison LLP
100 Dunbar Street, Suite 300
Spartanburg, SC 29306
Phone:  (864)699-1100
jlehrer@fordharrison.com

Attorney for Defendant Davis List